IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA OF

| | |
|---|---|
| **CENTENO IBARRA**<br><br>v.<br><br>**FEDERAL DETENTION CENTER PHILADELPHIA, ET AL** | **CIVIL ACTION NO. 25-6312** |

### ORDER

AND NOW, this 10th day of November 2025, it is hereby **ORDERED** that a Status Conference in the above-captioned matter will be held by telephone conference on **Monday, November 10, 2025, at 3:30p.m.  Please use the following call-in telephone number to be connected to the conference: Phone: 267-817-5858, Passcode: 186 665 378#**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe, J.
**CYNTHIA M. RUFE, J.**