IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELDER ISMAEL CENTENO IBARRA,**<br><br>Petitioner,<br><br>v.<br><br>**WARDEN OF THE FEDERAL DETENTION CENTER PHILADELPHIA,** *et al.***,**<br><br>Respondents. | CIVIL ACTION NO. 25-6312 |

**ORDER**

**AND NOW,** this 25th day of November 2025, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1], Petitioner's Motion for an Order to Show Cause [Doc. No. 2], and the responses thereto, it is hereby **ORDERED** that the Petition is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The government shall **RELEASE** Petitioner from custody immediately and certify compliance with this Memorandum Opinion and Order by filing a certification on the docket no later than 12:00 p.m. EST on November 26, 2025;

3. The government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody;

4. If the government chooses to pursue re-detention of Petitioner after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration

judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the government shall not remove, transfer, or otherwise facilitate the removal of Petitioner from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Petitioner is subject to detention under 8 U.S.C. § 1226(a). the government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

6. Petitioner's Motion for an Order to Show Cause [Doc. No. 2] is **DISMISSED as moot.**

7. This Court's November 21, 2025 Order Scheduling a Hearing [Doc. No. 15] is **VACATED**.

It is so **ORDERED.**

                                                             **BY THE COURT:**

                                                            /s/ Cynthia M. Rufe

                                                           **CYNTHIA M. RUFE, J.**