# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELDER ISMAEL CENTENO IBARRA,** Petitioner, v. **WARDEN OF FEDERAL DETENTION CENTER PHILADELPHIA,** *et al.*, Respondents. | CIVIL ACTION NO. 25-6312 |

## ORDER

**AND NOW,** this 1st day of December 2025, upon consideration of the government's Certification of Compliance [Doc. No. 19], it is hereby **ORDERED** that the government shall certify compliance with this Court's November 25, 2025 Memorandum Opinion and Order and certify Petitioner's release from custody by filing a certification on the docket forthwith.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**